SUCCESSION OF JOHN
PHILLIP BARBEE, JR.

*       NO. 2019-CA-0575

*       COURT OF APPEAL

*       FOURTH CIRCUIT

*       STATE OF LOUISIANA

*

*

* * * * * * *


BELSOME, J., CONCURS IN THE RESULT